**Scherry RIGGINS, Appellant,**

v.

**PULASKI BANK AND TRUST COMPANY, Appellee.**

No. 06–3053.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 12, 2007.

Filed: Jan. 26, 2007.

Keith I. Billingsley, Bequette & Billingsley, Little Rock, AR, for Appellant.

Russell Allen Gunter, Adria Nobles Kimbrough, Cross & Gunter, Little Rock, AR, for Appellee.

Before LOKEN, Chief Judge, BYE and SHEPHERD, Circuit Judges.

PER CURIAM.

Scherry Riggins appeals the district court's[1] adverse grant of summary judgment in her employment discrimination and retaliation suit against her former employer, Pulaski Bank and Trust Company. Having carefully reviewed the record, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803–04 (8th Cir.2004) (de novo standard of

---

[1]. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

[1]. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

review), we agree with the district court that Riggins failed to establish that Pulaski Bank's proffered legitimate, nondiscriminatory reasons for her termination were pretextual. *See Gilooly v. Mo. Dep't of Health & Senior Servs.*, 421 F.3d 734, 739 (8th Cir.2005) (burden-shifting analysis).

Accordingly, we affirm. *See* 8th Cir. R. 47B.